



405 Lexington Avenue
New York NY 10174

Main  212 336 8000
Fax    212 336 8001
Web   www.arelaw.com

Richard S. Mandaro
Direct 212 336 8106
E-mail rmandaro@arelaw.com

January 23, 2024

**_via ECF_**
Hon. Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Vlisco B.V. v. Holland Textiles, Inc.*
             Civil Action No. 1:23-cv-10001 (DEH)
             **Request for Adjournment of Initial Pretrial Conference**
             **and Extension of Date to Serve Complaint**
             Our File: 93593/10

Dear Judge Ho:

      We represent Plaintiff Vlisco B.V. ("Vlisco") in the above-referenced action. We are writing to request an adjournment of the initial pretrial conference with the Court, which is presently scheduled for January 30, 2024, at 2:00 p.m. ET via Microsoft Teams ("Conference") (see ECF No. 11). This action is part of a broader controversy between the parties and their affiliates in Europe. The Defendant Holland Textiles, Inc. ("HT") has not yet appeared in the action, however settlement discussions are taking place relating to this broader controversy.

      We submit this letter motion pursuant to Rule 2(e) of Your Honor's Individual Rules and Practices to seek a 45-day adjournment of the Conference and of the date by which the Complaint must be served.

      The current deadline for formal service of the Complaint is February 12, 2024. Vlisco provided HT and its related company, Sonna International B.V. with a courtesy copy of the Complaint shortly after filing without formal service. Since that time, as discussed above, settlement discussions are ongoing and Vlisco hopes to be able to resolve this matter amicably.

4892-2378-8191v.1

Hon. Dale E. Ho, U.S.D.J.            2            January 23, 2024

In connection with this request, and as required by Rule 2(e)(iii), Vlisco represents as follows:

(1) Vlisco requests an adjournment of the currently scheduled Conference from January 30, 2024, to March 15, 2024, and an extension of the time to serve the Complaint to the same date. This will allow the parties to continue settlement discussions;

(2) There have been no previously requested adjournments of the Conference;

(3) The parties have not conferred regarding this requested adjournment; and

(4) Other than as set forth above, there is no currently scheduled appearance before the Court that this extension would affect.

Thank you for your consideration in this matter.

Very truly yours,

AMSTER, ROTHSTEIN & EBENSTEIN LLP

/s/Richard S. Mandaro

Richard S. Mandaro

Application GRANTED.

The initial pretrial conference scheduled for January 30, 2024 is ADJOURNED to **March 26, 2024,** at **12:00 p.m. EST**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 745 644 316, followed by the pound (#) sign. Plaintiff shall serve Defendant and file proof of service by **March 19, 2024**. The joint status letter and proposed Civil Case Management Plan and Scheduling Order described at ECF No. 11 are due **March 19, 2024**.

The Clerk of Court is respectfully requested to close ECF No. 12.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: January 23, 2024
New York, New York

4892-2378-8191v.1